IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSE ST. GODDARD,<br><br>Plaintiff,<br><br>v.<br><br>NATIVE AMERICAN BANK,<br><br>Defendant | CV-19-22-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference on July 16, 2019. (Doc. 24.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **September 20, 2019**, or show good cause for their failure to do so.

DATED this 3rd day of September, 2019.

Brian Morris
United States District Court Judge

-1-